# EXHIBIT 2

EXHIBIT 2

FREEDOM MORTGAGE CORPORATION

| Loan No. | Borrower | Indemnity Claim Reason(s) |
|---|---|---|
| *****8434 | MA | Appraisal; any other discovered breach |
| *****8848 | MA | Appraisal; any other discovered breach |
| *****6966 | CC | Credit; Income; any other discovered breach |
| *****6151 | CC | Credit; Income; any other discovered breach |
| *****7626 | CC | Credit; Income; any other discovered breach |
| *****6318 | CC | Credit; Income; any other discovered breach |
| *****6399 | FG | Appraisal; any other discovered breach |
| *****3983 | LH | Credit; Transaction; Appraisal; any other discovered breach |
| *****0622 | RJ | Employment; Income; Transaction; any other discovered breach |
| *****2253 | RJ | Employment; Income; Transaction; any other discovered breach |
| *****1387 | RJ | Employment; Income; Transaction; any other discovered breach |
| *****1711 | RJ | Employment; Income; Transaction; any other discovered breach |
| *****8247 | KK | Appraisal; any other discovered breach |
| *****5166 | BK | Employment; Credit; Transaction; any other discovered breach |
| *****2089 | BK | Employment; Credit; Transaction; any other discovered breach |
| *****2204 | BK | Employment; Credit; Transaction; any other discovered breach |
| *****1891 | BK | Employment; Credit; Transaction; any other discovered breach |
| *****4961 | BK | Employment; Credit; Transaction; any other discovered breach |
| *****2022 | BK | Employment; Credit; Transaction; any other discovered breach |
| *****4445 | KN | Credit; Employment; any other discovered breach |
| *****8633 | KN | Credit; Transaction; Employment; any other discovered breach |
| *****2122 | KN | Credit; Transaction; Appraisal; Employment; any other discovered breach |
| *****7044 | ES | Appraisal; Occupancy; any other discovered breach |
| *****5852 | JS | Income; Appraisal; any other discovered breach |
| *****9787 | DW | Credit; Employment; any other discovered breach |

**Full borrower names and other personally identifiable information will be provided following entry of an appropriate protective order.

Exhibit 2