1 | **NEUFELD MARKS**
2 | **A Professional Corporation**
  | PAUL S. MARKS, (Ca State Bar No. 138407)
3 | Email: pmarks@neufeldmarks.com
4 | 250 E. 1st Street, Suite 1101
  | Los Angeles, California 90012
5 | Telephone:  (213) 625-2625
6 | Facsimile:    (213) 625-2650

7 | **MORTGAGE RECOVERY LAW GROUP, LLP**
8 | MICHAEL H. DELBICK (CA State Bar No. 139200)
  | Email: mdelbick@themrlg.com
9 | 2600 West Olive Avenue, 5th Floor
10 | Burbank, California 91505
   | Telephone: (818) 630-7900

Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK, | Case No. 8:23-cv-01359-FWS-KES |
|---|---|
| Plaintiff, | **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| vs. | [PROPOSED] ORDER FILED CONCURRENTLY |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant, | |

1
JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank (the "FDIC-R") and Defendant Freedom Mortgage Corporation (collectively, the "Parties") hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action be dismissed with prejudice as to all claims, cause of actions, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

DATED: August 20, 2025        MORTGAGE RECOVERY LAW GROUP, LLP

By: */s/ Michael H. Delbick*
Michael H. Delbick
Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington Mutual Bank

DATED: August 20, 2025        BILZIN SUMBERG BAENA PRICE & AXELROD LLP

By: */s/ Philip Stein*
Philip Stein
Attorneys for Defendant Freedom Mortgage Corporation

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Michael H. Delbick*
Michael H. Delbick