# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant, | Case No. 8:23-cv-01359-FWS-KES<br><br>**[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DIMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

IT IS SO ORDERED.

Dated: _____                    _____
                                      Hon. Fred W. Slaughter
                                      United States District Judge

[PROPOSED] ORDER TO DISMISS CASE WITH PREJUDICE