**NOTE: CHANGES MADE BY COURT**

# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR WASHINGTON MUTUAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>Defendant, | Case No. 8:23-cv-01359-FWS-KES<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE [58]** |

///

///

///

Having reviewed and considered the Joint Stipulation to Dismiss Case with Prejudice [58] ("Stipulation"), between Plaintiff Federal Deposit Insurance Corporation as Receiver for Washington and Defendant Freedom Mortgage Corporation, the files and records of the case, the applicable law, including Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and for the good cause demonstrated in the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, and each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 21, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE